AMERIQUEST®
MORTGAGE COMPANY

November 28, 2005

***Via Facsimile (401) 728-6534 and Certified Mail / Proof of Delivery Requested***

Christopher M. Lefebvre
Family and Consumer Law Center
P.O. Box 479
Pawtucket, RI 02862

| | | |
|---|---|---|
| ***Re:*** | ***Borrower(s):*** | ***Yves S. Leclerc and Renee O. Leclerc*** |
| | ***Ameriquest Loan Number:*** | ***0087789384*** |
| | ***Property Address:*** | ***606 Victory Highway West Greenwich, Rhode Island 02817*** |

Dear Mr. Lefebvre:

This letter is in response to your correspondence dated November 16, 2005 which purports to rescind the loan referenced above on the basis that the *Notice of Right to Cancel* ("*Notice*") was not provided to your clients.

Attached please find completed copies of the *Notice* and *One Week Cancellation Period* that were provided to your clients at loan closing and which they acknowledged receipt of by signing.

For the reasons stated above, we deny your claim that Ameriquest did not provide your clients with a complete *Notice*, and respectfully decline your demand for rescission of this loan. Please note that this denial is based upon the facts provided in your correspondence, and that we welcome you to forward us any additional information that would be pertinent to our review of this matter.

***Please direct all continuing and future inquiries regarding these matters to my attention to ensure timely delivery and receipt of your correspondence.***

We trust that this responds to your concerns.

Sincerely,

Ann Tran
Counsel
Ameriquest Mortgage Company

Encls.



EQUAL HOUSING LENDER