# UNITED STATES OF AMERICA
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CHAIRMAN:
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

MEMBERS:
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

DIRECT REPLY TO:

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax: [202] 502-2888

http://www.jpml.uscourts.gov

March 28, 2006

CA 05-538S

Michael W. Dobbins, Clerk
Everett McKinley Dirksen U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Re: MDL-1715 -- In re Ameriquest Mortgage Co. Mortgage Lending Practices Litigation

(See Attached Schedule of Order)

Dear Mr. Dobbins:

A conditional transfer order was filed in the above matter on February 27, 2006. Prior to the expiration of that order's fifteen-day stay, opposition to the proposed transfer was filed and, pursuant to Rule 7.4(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435 (2001), the conditional transfer order was stayed until further order of the Panel. The opposition has now been withdrawn and I am therefore enclosing a certified copy and one additional copy of today's order lifting the stay of the conditional transfer order and transferring the action to your district pursuant to 28 U.S.C. § 1407. The order is directed to you for filing.

A list of involved counsel is attached.

Very truly,

Michael J. Beck
Clerk of the Panel

By [signature]
Deputy Clerk

Enclosures

cc: Transferee Judge: Judge Marvin E. Aspen
Transferor Judges: Judge Mary M. Lisi; Judge William E. Smith; Judge Ernest C. Torres
Transferor Clerk: David A. DiMarzio

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 28 2006

FILED
CLERK'S OFFICE

## *DOCKET NO. 1715*

## *BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

## *IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION*

***(SEE ATTACHED SCHEDULE)***

## *ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER*

A conditional transfer order was filed in the eight District of Rhode Island actions listed on the attached Schedule A on February 27, 2006. Prior to expiration of that order's fifteen-day stay of transmittal, plaintiffs in these eight actions filed a notice of opposition to the proposed transfer. Plaintiffs subsequently failed to file the required motion and brief to vacate the conditional transfer order.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-1" filed on February 27, 2006, is LIFTED insofar as it relates to the eight actions listed on the attached Schedule A, and thus these actions are transferred to the Northern District of Illinois for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Marvin E. Aspen.

FOR THE PANEL:

Michael J. Beck

Michael J. Beck
Clerk of the Panel

# SCHEDULE A

MDL-1715 -- In re Ameriquest Mortgage Co. Mortgage Lending Practices Litigation

District of Rhode Island

*Eddy G. Pena v. Ameriquest Mortgage Co.*, C.A. No. 1:05-527
*Richard Daneau v. Ameriquest Mortgage Co.*, C.A. No. 1:05-528
*Maria S. Eyre v. Ameriquest Mortgage Co.*, C.A. No. 1:05-529
*Charles F. Parisi v. Ameriquest Mortgage Co.*, C.A. No. 1:05-530
*Karleen M. Frost v. Ameriquest Mortgage Co.*, C.A. No. 1:05-531
*Richard J. Silvia v. Ameriquest Mortgage Co.*, C.A. No. 1:05-532
*Joseph F. Creamer, III v. Ameriquest Mortgage Co.*, C.A. No. 1:05-533
*Renee Leclerc v. Ameriquest Mortgage Co.*, C.A. No. 1:05-538

**INVOLVED COUNSEL LIST**
**DOCKET NO. 1715**
**IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION**

Christopher M. Lefebvre
Law Offices of Claude Lefebvre & Sons
P.O. Box 479
Pawtucket, RI 02862

Carolyn P. Medina
Partridge, Snow & Hahn LLP
180 South Main Street
Providence, RI 02903