FROM THE OFFICE OF THE

FAMILY AND CONSUMER LAW CENTER

WWW.RICONSUMERLAW.COM

CLAUDE F. LEFEBVRE
CHRISTOPHER M. LEFEBVRE, P.C.

ATTORNEYS & COUNSELORS AT LAW

November 16, 2005

Ameriquest Mortgage Company
1600 S. Douglas Road
Anaheim, CA 92806

Re: **Notice of Rescission by Renee O. Leclerc, 606 Victory Highway, West Greenwich, RI 02817, Loan Number: 0087789384, Closing Date:07/30/2004.**

To Whom It May Concern:

I represent Renee O. Leclerc concerning the mortgage loan transaction she and her husband entered into with Ameriquest Mortgage Corporation on July 30, 2004. Please be advised that I have been authorized by my client to rescind that transaction and hereby exercise that right pursuant to the Federal Truth In Lending Act, 15 U.S.C. Section 1635 and Regulation Z, Section 226.23.

The primary basis for the rescission is that Mrs. Leclerc was given incomplete and therefore inaccurate notices of her right to cancel the above consumer credit contract, in violation of 15 U.S.C. Section 1635(a) and Regulation Z, Sections 226.17 and 226.23.

The security interest held by Ameriquest Mortgage Corporation on the Leclerc's property located at 606 Victory Highway, West Greenwich is void as of this rescission. Pursuant to Regulation Z, you have twenty days after receipt of this Notice of Rescission to return to my client all monies paid and to take action necessary and appropriate to terminate the security interest.

**Very truly yours,**
**Renee O. Leclerc**
**By her Attorney,**

**Christopher M. Lefebvre**
**P. O. Box 479**
**Pawtucket, RI 02862**

**CERTIFIED MAIL-RETURN RECEIPT REQUESTED**

cc: Renee O. Leclerc

TWO DEXTER STREET, P.O. BOX 479 PAWTUCKET, RI 02862 PHONE: (401) 728-6060 FAX: (401) 728-6534