A CERTIFIED TRUE COPY
MAR 28 2006
ATTEST
FOR THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

FILED
APR - 4 2006
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

CA 05-538 S

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
MAR 28 2006
FILED
CLERK'S OFFICE

06CV1931

Judge Aspen

*DOCKET NO. 1715*

## *BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

*IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION*

*(SEE ATTACHED SCHEDULE)*

## *ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER*

A conditional transfer order was filed in the eight District of Rhode Island actions listed on the attached Schedule A on February 27, 2006. Prior to expiration of that order's fifteen-day stay of transmittal, plaintiffs in these eight actions filed a notice of opposition to the proposed transfer. Plaintiffs subsequently failed to file the required motion and brief to vacate the conditional transfer order.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-1" filed on February 27, 2006, is LIFTED insofar as it relates to the eight actions listed on the attached Schedule A, and thus these actions are transferred to the Northern District of Illinois for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Marvin E. Aspen.

A TRUE COPY-ATTEST
MICHAEL W. DOBBINS, CLERK
By [signature]
DEPUTY CLERK
U. S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
DATE: 04/12/06

FOR THE PANEL:

[signature]
Michael J. Beck
Clerk of the Panel

## SCHEDULE A

MDL-1715 -- In re Ameriquest Mortgage Co. Mortgage Lending Practices Litigation

District of Rhode Island

*Eddy G. Pena v. Ameriquest Mortgage Co.*, C.A. No. 1:05-527 — Our Case 06CV1924
*Richard Daneau v. Ameriquest Mortgage Co.*, C.A. No. 1:05-528 — Our Case 06CV1925
*Maria S. Eyre v. Ameriquest Mortgage Co.*, C.A. No. 1:05-529 — Our Case 06CV1926
*Charles F. Parisi v. Ameriquest Mortgage Co.*, C.A. No. 1:05-530 — Our Case 06CV1927
*Karleen M. Frost v. Ameriquest Mortgage Co.*, C.A. No. 1:05-531 — Our Case 06CV1928
*Richard J. Silvia v. Ameriquest Mortgage Co.*, C.A. No. 1:05-532 — Our Case 06CV1929
*Joseph F. Creamer, III v. Ameriquest Mortgage Co.*, C.A. No. 1:05-533 → Our Case 06CV1930
*Renee Leclerc v. Ameriquest Mortgage Co.*, C.A. No. 1:05-538 → Our Case 06CV1931

# INVOLVED COUNSEL LIST
## DOCKET NO. 1715
## IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION

Christopher M. Lefebvre
Law Offices of Claude Lefebvre & Sons
P.O. Box 479
Pawtucket, RI 02862

Carolyn P. Medina
Partridge, Snow & Hahn LLP
180 South Main Street
Providence, RI 02903

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

MICHAEL W. DOBBINS 312-435-5698

April 12, 2006

CA 05-538S

COPY

Mr. David A. DiMarzio, Clerk
United States District Court
124 Federal Bldg & US Courthouse
One Exchange Terrace
Providence, RI 02903-1270

Re: **Your case Numbers: Renee Leclerc vs. Ameriquest Mortgage Co., et. al.**
**Our case number: 06C1931 MDL-1715**

Dear Clerk:

Enclosed is a certified copy of the Conditional Transfer Order from the Judicial Panel on Multidistrict Litigation (MDL Panel) transferring the above-entitled action to the Northern District of Illinois, Eastern Division, where it will be directly assigned to Judge Marvin E. Aspen.

Please forward your court file, a certified copy of the docket sheet and the enclosed copy of this letter to the United States District Court at the above address. Your prompt attention to this matter is greatly appreciated.

Sincerely,
**Michael W. Dobbins**
**Clerk**

by: ______________________
Thelma Murry-Sykes
Docketing Supervisor

Enclosure 1

cc: Judicial Panel on Multidistrict Litigation

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

MICHAEL W. DOBBINS 312-435-5698

**April 12, 2006**

**Mr. David A. DiMarzio, Clerk**
**United States District Court**
**124 Federal Bldg & US Courthouse**
**One Exchange Terrace**
**Providence, RI 02903-1270**

**Re: Your case Numbers: Renee Leclerc vs. Ameriquest Mortgage Co., et. al.**
**Our case number: 06C1931 MDL-1715**

Dear Clerk:

Enclosed is a certified copy of the Conditional Transfer Order from the Judicial Panel on Multidistrict Litigation (MDL Panel) transferring the above-entitled action to the Northern District of Illinois, Eastern Division, where it will be directly assigned to Judge Marvin E. Aspen.

Please forward your court file, a certified copy of the docket sheet and the enclosed copy of this letter to the United States District Court at the above address. Your prompt attention to this matter is greatly appreciated.

Sincerely,
**Michael W. Dobbins**
**Clerk**

by: [signature]
Thelma Murry-Sykes
Docketing Supervisor

Enclosure 1

cc: Judicial Panel on Multidistrict Litigation